UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. CHAVEZ, | No. 2:14-cv-1264 DAD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondents. | |

On June 2, 2014, the court ordered petitioner to either file an application to proceed in forma pauperis or pay the appropriate filing fee within thirty days. On July 18, 2014, the court granted petitioner an additional thirty days to comply with the court's order. The thirty day period has now expired, and petitioner has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

Dated: August 28, 2014

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
chav1264.fifp

---

[1] Petitioner has previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 4)

1